UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY S. FARR, SR., | No. 2:17-cv-01871-JAM-GGH |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| IN SHAPE HEALTH CLUBS, LLC, et al., | |
| Defendants. | |

Defendants' motion to dismiss was noticed for hearing on October 19, 2017 at 9:00 A.M. in courtroom 9 before the undersigned. Pursuant to Eastern District of California Local Rule No. 230(c) Opposition to such motion is to be filed 14 days before the scheduled hearing date, or in this case by October 5, 2017.

Plaintiff shall show cause within fourteen (14) days of the date of this Order why Opposition or a Statement of Non-Opposition was not timely filed and why the court should not hold that failure to be the equivalent of such a Statement, and therefore why the Motion should not be granted as unopposed and or other sanctions should not be imposed. In addition, plaintiff may file an Opposition simultaneously with the response to this order.

////

////

////

As a result of the foregoing, the matter will be removed from the court's October 19, 2017 calendar and the court will issue a further order regarding any rescheduling.

**IT IS SO ORDERED**.

Dated: October 9, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGEE